THERESA E. TONER, PETITIONER-RESPONDENT, v. INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS AND LOCAL UNION NO. 350 OF ATLANTIC CITY, RESPONDENT-APPELLANT.

Submitted February 16, 1934—Decided May 4, 1934.

32

For the appellant, *Andrew F. Zazzali.*

For the respondent, *Louis M. Mallin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Atlantic County Court of Common Pleas, *ubi supra.*

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, DILL, JJ. 9.

*For reversal*—THE CHANCELLOR, LLOYD, PERSKIE, WELLS, JJ. 4.